JANE J. LOOMIS, Respondent, v. EDWIN D. LOOMIS, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 883.] Present — Close, P. J., Hagarty, Carswell, Johnston and Aldrich, JJ.

FLORENCE E. NICHOLS, Respondent, v. GEORGE W. NICHOLS et al., Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. Motion for stay granted upon condition that within five days from the entry of the order hereon appellants file an undertaking, with corporate surety, conditioned for the payment of the amount of the judgment, interest and costs; otherwise, motion denied, without costs. [See *ante,* p. 878.] Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADOLPH ZUCKERMAN, Appellant.— Motion to dispense with printing the record on appeal and brief and for other relief denied. Motion to dismiss appeal granted and appeal dismissed. Present — Close, P. J., Hagarty, Carswell, Johnston and Aldrich, JJ.

JOHN H. RICE, Respondent, v. E. W. BLISS COMPANY et al., Defendants, and JOHN HUMM, Doing Business under the Name of JOHN HUMM SAFETY EQUIPMENT CO., Defendant-Appellant.— Motion for reargument denied, without costs. [See *ante,* p. 867.] Present — Close, P. J., Hagarty, Carswell, Johnston and Aldrich, JJ.

CHARLES STUECK, as President of the WELFARE ASSOCIATION OF GRUMMAN AIRCRAFT ENGINEERING CORPORATION, Respondent-Appellant, v. DRINCUP VENDORS, INC., Appellant-Respondent.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. [See *ante,* p. 878.] Present — Close, P. J., Hagarty, Carswell, Johnston and Aldrich, JJ.